**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**DEBRA TRAVIS**                                                                           **PLAINTIFF**

**v.**                                                     **No. 3:23-cv-00209-MPM-RP**

**HALL TIRES AND COLLECTION LLC, and**                   **DEFENDANTS**
**JEREMY HALL**

**JUDGMENT**

For the reasons set forth in this Court's order entered this date, and the related Motion to Re-open Case and Enter Judgment [47] and Motion to Re-open Case and Enforce Settlement [43] having been **GRANTED IN PART and DENIED IN PART**, it is hereby ordered that, pursuant to their settlement agreement, Mr. Hall is to pay Ms. Travis the full $20,000 judgment amount, Ms. Travis is given leave to collect the $20,000 judgment plus interest accrued since January 14, 2025 from Mr. Hall, and this case is to remain **CLOSED**.

This is the 26th day of February, 2026.

                                                                            /s/Michael P. Mills
                                                                            UNITED STATES DISTRICT JUDGE
                                                                            NORTHERN DISTRICT OF MISSISSIPPI